IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHALIF WARD** : | **CRIMINAL ACTION** |
| : | |
| **v.** : | |
| : | |
| **UNITED STATES OF AMERICA** : | **NO. 04-112-01** |
| : | |

## ORDER

**AND NOW**, this 19th day of August, 2009, upon consideration of the Motion Requesting the Modification of Term of Imprisonment Pursuant to 18 U.S.C. 3582(c)(2) and Sect. 3553(A) (Document No. 40), the Defendant's Supplemental Motion Under 18 U.S.C. §3582(c) for Sentence Reduction (Document No. 44), the government's response, and after a review of the record, it is **ORDERED** that the motions are **DENIED**.

      /s/ Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.